**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gustavo SILVA–ESCAMILLA,**
**Defendant–Appellant.**

**No. 04–51404.**

United States Court of Appeals,
Fifth Circuit.

Decided June 3, 2005.

Ellen A. Lockwood, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the United States District Court for the Western District of Texas, El Paso Division for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief until fourteen (14) days from the Courts denial

of appellee's motion to vacate and remand is DENIED as moot.

---

1. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.